UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                         :

STEVEN J. BERCIK, JR.                    :         Misc. 09-107 (NLH)

An Attorney-at-Law                       :         ORDER TO SHOW CAUSE


It appearing by Order of the Supreme Court of New Jersey that STEVEN J. BERCIK, JR. was restrained from the practice of law due to his disability status;

It is on this 21st day of August, 2009,

ORDERED that STEVEN J. BERCIK, JR. show cause on September 21, 2009, why he should not be restrained and enjoined from the practice of law before this Court.

Should a respondent desire to file a written response he must do so at least 10 days before the return of the order to show cause. No oral argument will be held unless so ordered by the Court.

_____
NOEL L. HILLMAN
U.S. District Judge